IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

    Plaintiff,

v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWNE,
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

    Defendants.

_____

## ORDER ALLOWING WITHDRAWAL OF COUNSEL
_____

Pursuant to the notice of withdrawal of counsel for the plaintiff filed by Jeremy Rosenthal today, it is

ORDERED that Jeremy Rosenthal has no further responsibility as counsel for the plaintiff in this matter and his electronic service is terminated.

DATED: December 14, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge