IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

      Plaintiff,

v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWNE,
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

      Defendants.

_____

ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS THE FIRST, THIRD, AND FOURTH CLAIMS OF PLAINTIFF'S AMENDED COMPLAINT
_____

      Upon review of the original complaint, filed in the District Court, City and County of Denver, Colorado, and the amended complaint filed pursuant to the court order on November 22, 2011, the claims asserted as the first, third and fourth claims of the amended complaint are based upon the factual allegations contained in the "introduction" paragraph of the original complaint and therefore do relate back to the filing date of January 8, 2010, contrary to the defendants' assertion of the bar of the two-year statute of limitations. Accordingly, it is

      ORDERED that the defendants' partial motion to dismiss the first, third and fourth claims for relief of the plaintiff's amended complaint is denied.

      DATED: December 14, 2011

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge