IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

     Plaintiff,

v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWNE,
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

     Defendants.

_____

## ORDER VACATING TRIAL DATE
_____

Prior to the removal of this civil action from the District Court, City and County of Denver, Colorado, a trial date was set for June 12, 2012. Because this Court will conduct case management by convening a scheduling conference and determining the time and scope of discovery which may be inconsistent with the set trial date, it is

ORDERED that the trial setting of June 12, 2012, is vacated.

DATED: December 14, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge