IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

    Plaintiff,
v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWNE,
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

    Defendants.

_____

ORDER VACATING STATUS CONFERENCE
_____

    On December 13, 2011, this Court set a status conference for December 20, 2011, at 11:00 a.m. to review the status of this case after review of the state court record prior to the notice of removal.  On the same date, the defendants filed a partial motion to dismiss the first, third and fourth claims of the plaintiff's amended complaint.  That motion has been addressed in a separate order and it is no longer necessary to consult with counsel at a status conference.  Accordingly, it is

    ORDERED that the status conference scheduled for December 20, 2011, at 11:00 a.m. is vacated.

    DATED: December 14, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge