IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

     Plaintiff,

v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWN, and
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

     Defendants.

_____

## ORDER FOR CONFERENCE TO RESOLVE SCHEDULING ISSUES
_____

     On February 17, 2012, an additional scheduling conference was held. At that time, counsel were directed to submit a revised scheduling order by March 19, 2012. A proposed order has been submitted and it reflects the failure of counsel to agree on significant issues regarding discovery and the scope of the plaintiff's claims. Accordingly it is

     ORDERED that a new conference will be convened on a time to be scheduled for the purpose of resolving the issues disclosed in the proposed scheduling order and to set a trial date.

     DATED: March 30th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge