IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

    Plaintiff,
v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWN, and
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATES
_____

    Pursuant to the conference convened today, it is

    ORDERED that this matter is set for trial to jury on **September 10, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

    FURTHER ORDERED that a pretrial conference is scheduled for **August 24, 2012, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **August 16, 2012.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: April 19th , 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge