IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

    Plaintiff,

v.

OFFICER S. CASTRO,
OFFICER ELLERMAN,
SERGEANT LOMBARDI,
SERGEANT TOWN, and
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

    Defendants.

_____

ORDER DISMISSING CERTAIN PARTY AND CLAIMS
_____

Pursuant to the Stipulated Motion to Voluntarily Dismiss [34] filed August 6, 2012, it is

ORDERED that the following claims and parties are dismissed with prejudice, each party to bear their own costs and attorney's fees:

1. Defendant Ellerman

2. Fourth Claim for Relief – First Amendment Retaliation

3. Ninth and Tenth Claim for Relief – Common Law Assault and Battery

4. Eleventh Claim for Relief – Outrageous Conduct

DATED: August 8th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge