IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03174-RPM

JAMES PLUNKETT,

    Plaintiff,

v.

OFFICER S. CASTRO,
SERGEANT LOMBARDI,
SERGEANT TOWNE, and
DETECTIVE DANNY PEREZ, all law enforcement officers with the Denver Police Department,

    Defendants.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulation for Dismissal with Prejudice, filed September 13, 2012 [42], it is

    ORDERED that this civil action is dismissed with prejudice with each of the parties responsible for their own costs and attorneys fees.

    DATED: September 13th , 2012

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge